Evelyn Florence Pardridge et al., appellees, v. Northern Trust Company, trustee, appellant. William D. Sargent et al., appellees. Gen. No. 27,104.

Suit to compel compliance with a decree for the distribution of trust funds. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed October 17, 1921. Rehearing denied October 17, 1921.

Fisher, Boyden, Kales & Bell, for appellant; Albert M. Kales, of counsel. Roswell B. Mason, Frank E. Lord, Edwin Terwilliger, Pearl M. Hart, William K. Otis and George W. Gordon, for appellees.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

N. H. Kern, appellee, v. Diamond Glue Company, appellant. Gen. No. 26,379.

Action by a physician to recover for professional services to an employee of defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed November 1, 1921.

John Clark Baker, for appellant. Joseph P. Hector and Moses H. Kamerman, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Sabath Desk Company, appellant, v. Abe Burnett, appellee. Gen. No. 26,479.

Action of replevin to recover possession of office furniture. Judgment for defendant for recovery of possession and that a writ of re!orno habendo issue. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 1, 1921.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Henry E. Ayers, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Valey Tobarkiewicz, appellee, v. Walter Kus, appellant. Gen. No. 26,509.

Bastardy proceeding. Defendant waived a jury trial and the court found him guilty and adjudged that he pay a certain sum in instalments for support of the child. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed November 1, 1921.

Fred W. Story, for appellant. Maclay Hoyne, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.